**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000118
04-JUN-2024
08:05 AM
Dkt. 25 ODMR**

NO. CAAP-23-0000118

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS MOORE; KATHRYN "JO" MOORE, Plaintiffs-Appellees, v.
ROBERT ESTABROOK, Defendant-Appellant, and
MELISSA RAVELO, Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10, Defendants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CASE NO. 3DRC-22-0001697)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, Nakasone and Guidry, JJ.)

Upon consideration of self-represented Defendant-Appellant Robert Estabrook's May 25, 2024 motion for reconsideration of the November 13, 2023 Order Dismissing Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is denied. Rule 40(a), Hawaiʻi Rules of Appellate Procedure.

DATED: Honolulu, Hawaiʻi, June 4, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge